FILED

02/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0253

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0253

_____

ADAM PUMMILL, an individual, and ADAM
PUMMILL and KURTIS ROBERTSON as a
member of Black Gold Enterprises, LLC, members
of, and on behalf of BLACK GOLD
ENTERPRISES, LLC,

      Plaintiffs and Appellees,

   v.

JOSHUA T. PATTERSON a/k/a JOSH
PATTERSON, as an individual and d/b/a          O R D E R
PATTERSON ENTERPRISES, INC.,
also d/b/a ROCKY MOUNTAIN EQUIPMENT,
INC., p/k/a  ROCKY MOUNTAIN JCB, INC.,
also d/b/a ROCKY MOUNTAIN RENTAL
SPECIALISTS, LLC, also d/b/a ROCKY
MOUNTAIN EQUIPMENT also d/b/a ROCKY
MOUNTAIN RENTAL, also d/b/a ROCKY
MOUNTAIN EQUIPMENT OF MISSOULA
MONTANA,

      Defendants and Appellants.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John W Larson, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 21 2024